S. M. JOHNSON, Appellant, v. W. W. REYNOLDS, Respondent.

No. 1413; March 10, 1857.

**Execution.—Things in Action are Property** so as to be subject to levy in execution.

APPEAL from Eleventh Judicial District, El Dorado County.

Sanderson & Hewes for appellant; Robertson & Hume for respondent.

TERRY, J.—The only question presented by the record is whether, under our statute, things in action are property and subject to be taken in execution.

This point was fully considered in the case of Adams & Co. v. Hackett & Casserly, [7 Cal. 187], decided at this term, and upon the authority of that case the judgment of the court below is reversed and cause remanded.

I concur: Burnett, J.